# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　No. 4:19-cr-609-DPM-7

**KENDRICK LAMAR EDGERSON**　　　　　　　　**DEFENDANT**
Reg No. 21591-009

## ORDER

Edgerson moves to reduce his sentence based on amendments to the Sentencing Guidelines. But he was sentenced to the ten-year statutory mandatory minimum. The Court does not have the authority to reduce his sentence. His motion, *Doc. 599*, is therefore denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 February 2024